IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:08-0265 |
| v. ) | JUDGE SHARP |
| ) | |
| KARL JORDANO ) | |
| ) | |

**O R D E R**

Pending before the Court is the Government's Motion to Dismiss Indictment Without Prejudice (Docket No. 5).

The motion is GRANTED and this action is hereby by dismissed without prejudice.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE